# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, | 2:24-cr-00153-JAD-MDC |
|---|---|
| Plaintiff(s), | **ORDER SETTING HEARING** |
| vs. | |
| Geronimo Gutierrez, | |
| Defendant(s). | |

IT IS ORDERED that the government, and the defendant Geronimo Gutierrez shall appear in-person with his counsel at **11:00 a.m. on April 11, 2025 in Courtroom 3B** for a hearing on the Federal Public Defender's *Motion to Dismiss Counsel* (ECF No. 45).

Dated: April 9, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge