# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:24-cr-00153-JAD-MDC |
| Plaintiff(s), | **ORDER** |
| vs. | |
| Geronimo Gutierrez, | |
| Defendant(s). | |

Geronimo Gutierrez has filed motions for copies of the docket pro-se despite being represented by counsel. *See ECF Nos. 74 and 78.* Under Local Rule IA 11-6(a), "a party who has appeared by attorney cannot while so represented appear or act in the case." LR IA 11-6(a). Local Rule IA 11-6(a) "prevents parties represented by counsel from filing documents pro se." *United States v. Lay*, No. 2:19-cr-00206-KJD-VCF, 2024 U.S. Dist. LEXIS 89757, 2024 WL 2092001, at *1 (D. Nev. May 9, 2024) (citing *United States v. Alva*, No. 2:14-cr-023-GMN-NJK, 2016 U.S. Dist. LEXIS 85235, 2016 WL 11645518, at *1 (D. Nev. June 29, 2016)). Defendant has not been granted leave to proceed pro-se. The defendant can request copies of documents pertaining to his case from his attorney. Defendant has been effectively represented by counsel at relevant times. Defendant's pro-se filings are moot or directly violate the Court's local rules.

Accordingly,

**IT IS ORDERED** that defendant's *Motions for Copies* (ECF Nos. 74 and 78) are **ALL STRIKEN** from the docket.

Date: June 26, 2026

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge